IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

OCT 4 '24 AM 10:50
RCV'D - USDC FLO SC

Josand Farmer,
Plaintiff

V.

C/A No: 0:24-cv-5527-TMC-PJG

United States Of America,
Plaintiff

**JURY TRIAL DEMANDED**

COMPLAINT

Plaintiff Josand Farmer complains of defendant United States of America as follows:

## (Jurisdiction and venue)

1. Jurisdiction in this case is based on §§1346(b), 2671-2680(Hereinafter cited as FTC), The FTC allows "damages for injury or loss of property or personal injury or death caused by negligence or wrongful act or omission of any employee...while acting within the scope of his office or employment under the circumstances where the United States, if a private person would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

2. On June 12, 2024, plaintiff submitted an Administrate Claim on Form 95, Claim for Damage, Injury, or Death, to the United States Federal Bureau of Prisons, This claim was denied on September 11, 2024

3. The duty of care owed by the Bureau of Prisons to Federal prisoners is fixed by 18 U.S.C. §4042.

## Parties

4. Plaintiff is being housed in the State of South Carolina.

5. Defendant United States is sued under the Federal Tort Claim Act for negligence

## Facts

6. From ___2011___ to ___2024___ plaintiff Josand Farmer was being housed(incarcerated) in the Federal Bureau Of Prison.(FCI Williamsburg, Salters, South Carolina).

7. From ___2022___ to ___2024___ the plaintiff Josand Farmer repeatedly requested to be adequately treated for advanced periodontal disease.

7. The United States(Dental Department of FCI Williamsburg) failed to adequately treat and provide the necessary preventive Care.

8. As a direct and proximate result of the United States negligence, Farmer lost multiple teeth, suffered countless infections, and endured excruciating Pain.

WHEREFORE, Plaintiff Josand Farmer demands judgment against defendant United States for the Sum of $300,000.

Dated: 10/1/24

Josand Farmer
Pro-se Litigant
8301 HWY 521
Salters, SC 29590